UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

TIMOTHY SCOTT FARNAN,            )
                                 )
           Plaintiff,          )     3:08-cv-00463-LRH (VPC)
                                 )
  v.                             )
                                 )     O R D E R
CENTRAL INTELLIGENCE AGENCY,     )
et al.,                          )
                                 )
           Defendants.         )
_____)

        The Court has considered the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#5) entered on October 28, 2008, in which the Magistrate Judge recommends that the Plaintiff's case be dismissed without prejudice for failure to file a completed application to proceed *in forma pauperis* and has not requested additional time in which to do so.  The Court has considered the pleadings and memoranda and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#5); therefore, Plaintiff's case is DISMISSED without prejudice. The Clerk of the Court shall enter judgment accordingly.

      IT IS SO ORDERED.

      DATED this 9th day of December, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE