AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF   NEVADA

TIMOTHY SCOTT FARNAN,

       Plaintiff,        JUDGMENT IN A CIVIL CASE
   V.

CASE NUMBER: **3:08-cv-00463-LRH-VPC**

CENTRAL INTELLIGENCE AGENCY, et al.,

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the court ADOPTS AND ACCEPTS the #5 Report and Recommendation of the United States Magistrate Judge; therefore, Plaintiff's case is DISMISSED without prejudice.


   December 10, 2008                                   **LANCE S. WILSON**
                                                                         Clerk

                                                                         /s/ Kalani Lizares
                                                                         Deputy Clerk